**METROPOLITAN TOBACCO COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 53.

Circuit Court of Appeals, Second Circuit.

Jan. 5, 1931.

W. W. Spalding, of Washington, D. C., and Arthur J. Cohen, of New York City (Cohen, Cole, Weiss & Wharton, of New York City, and Mason, Spalding & McAtee, of Washington, D. C., of counsel), for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Andrew D. Sharpe and Sewall Key, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and R. N. Shaw, Sp. Atty., Bureau of Internal Rev-

---

[1] Published in full in 41 F. (2d) 556.

enue, both of Washington, D. C., of counsel), for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.